IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**FILED**

Nashville TN _____ DIVISION

2013 SEP 24 AM 11: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

united state )

v.

Abdifatah Jama )

Civil Case No. 3.10.CR.0260.16

Judge Haya Hayes

## Motion to have Coungel with draw
(Type of Pleading)

I would like to get a new lowyer because, my lowyer havent Contect me for two month. Also he is not anwering my phone Calls. And I got to trail october 22. Last time I talk to him he was trying to make me take a deal. I dont trust him Also onetime I call him from someone else number when he heard my voice he hang up the phone He was my lowyer for almost 3years he didn't even hire an investorgator. He is lasy and he lives all the way clrockville. so it is hard for him to repersent me and sit down with me to review my case.

Signature *Abdifatah Jama*

ORDER
Defendant Counsel for tues shall file a response to tues Motion under seal.